# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COURTNEY MIDDLEBROOK

      Plaintiff,

v.                                                              Case No. 11-10612
                                                                  Honorable Denise Page Hood

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., U.S. BANK, and
SCHNEIDERMAN & SHERMAN, P.C.

      Defendants.

_____/

## **JUDGMENT**

      Pursuant to this Court's Order entered this date dismissing the matter,

      Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

      Dated at Detroit, Michigan this 30th day of December, 2011.

                                                                    DAVID J. WEAVER
                                                                    CLERK OF THE COURT

                                                                    BY:  s/Julie Owens
APPROVED:                                                              Deputy Clerk


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Friday, December 30, 2011, by electronic and/or ordinary mail.

                                                                    s/Julie Owens
                                                                    Case Manager