**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COURTNEY MIDDLEBROOK

                Plaintiff,

v.                                          Case No. 11-10612
                                          Honorable Denise Page Hood

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., U.S. BANK, and
SCHNEIDERMAN & SHERMAN, P.C.

                Defendants.

_____/

## JUDGMENT

Pursuant to this Court's Order entered this date dismissing the matter,

Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 30th day of December, 2011.

                                       DAVID J. WEAVER
                                       CLERK OF THE COURT

                                       BY:  s/Julie Owens_____
APPROVED:                                 Deputy Clerk


s/Denise Page Hood_____
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Friday, December 30, 2011, by electronic and/or ordinary mail.

                                       s/Julie Owens_____
                                       Case Manager